```
                    IN THE UNITED STATES DISTRICT COURT

                    CENTRAL DIVISION, DISTRICT OF UTAH
```

| | | |
|---|---|---|
| TARIQ AHMAD, | : | Case No. 2:04-CV-1010 TC |
|     Plaintiff, | : | |
|     vs. | : | ORDER AND MEMORANDUM DECISION |
| JOHN KUBICK SR., an individual, JOHN KUBICK, JR., and Does 1 through 10, inclusive, | : | JUDGE TENA CAMPBELL |
| | | MAGISTRATE JUDGE BROOKE C. WELLS |
|     Defendants. | | |

    Defendants filed a Renewed Motion To Compel Discovery on February 21, 2006 pursuant to the district court's instruction.[1] Plaintiff has failed to file any opposition and the time for doing so has passed. Therefore, for good cause shown and pursuant to local rule 7-1(d), the court GRANTS Defendants' motion. Plaintiff is to supplement his discovery responses within thirty (30) days from the entry of this order. Plaintiff's supplemental response is to specifically address each of the eight enumerated deficiencies as outlined in Defendants' motion.[2]

    Previously, Defendants also filed a Motion for Extension of Deadlines and Request for Hearing.[3] In light of the court's

---

[1] Docket no. 35.

[2] Docket no. 36.

[3] Docket no. 25.

ruling today, the court finds it unnecessary to schedule a hearing at this time.  Therefore, Defendants' request for a hearing is DENIED.  But, the court does agree with Defendants that a new scheduling order needs to entered.  Accordingly, the parties are to meet and confer and then submit to the court a new proposed discovery plan including an estimate of when the parties believe this case will be prepared for trial.

Based on the foregoing IT IS HEREBY ORDERED:

Defendants' Renewed Motion to Compel is GRANTED.

Defendants' first Motion to Compel is deemed MOOT.[4]

Defendants' Motion for Extension of Deadlines is GRANTED but Defendants' request for hearing is DENIED.  The parties are to submit a new proposed schedule within forty (40) days from the entry of this order.[5]

DATED this  23rd  day of March, 2006.


BY THE COURT:

*Brooke C. Wells*

Brooke C. Wells
United States Magistrate Judge

---

[4] Docket no. 26.

[5] In doing so the parties should consult the court's scheduling guidelines as posted on its website at http://www.utd.uscourts.gov/documents/ipt.html.